

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 5, 2020

**Via CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York

> Application DENIED.  The parties shall submit a Case Management Plan and Scheduling Order as ordered by the Court on March 23, 2020.  That filing is presently four days overdue.  It shall be submitted no later than 5:00 p.m. today.
>
> 6/5/2020
>
> LEWIS J. LIMAN
> United States District Judge

Re: **Williams vs The Vermont Country Store, Inc.**
    **Case #: 1:20-cv-02293-LJL**

Dear Judge Liman:

We represent the plaintiff in the above matter.  We write with the consent of the Defendant to respectfully request that the initial conference currently scheduled for June 8, 2020 at 10:00am be adjourned for 30 days. The parties have recently begun settlement discussions, which had been delayed to Covid-19, and are hopeful of a resolution.

This is the first request for an adjournment.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ David Force*
David Force, Esq.

cc:   All Counsel of Record via ECF